Kim Pederson (State Bar # 234785)
kimp@lawfoundation.org
Stephanie Stevens (State Bar # 236034)
stephanies@lawfoundation.org
**FAIR HOUSING LAW PROJECT**
111 West Saint John Street, Suite 315
San Jose, California 95113
Telephone: (408) 280-2467
Facsimile:  (408) 293-0106

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## (San Jose Division)

| | |
|---|---|
| ROXANA GRANDE; JASON ORELLANA, a minor, by his guardian ad litem ROXANA GRANDE; CHELSEA SANTOS, a minor, by her guardian ad litem ROXANA GRANDE; SONIA PEREIRA; JOSE CARRANZA; JOSE ANTONIO CARRANZA, a minor, by his guardian ad litem SONIA PEREIRA; HASSELL CARRANZA, a minor, by her guardian ad litem SONIA PEREIRA; and PROJECT SENTINEL, INC., a California not-for-profit corporation,<br><br>          Plaintiffs,<br><br>          v.<br><br>KLARA GERA, an individual; NICHOLAS GERA, an individual; ZIJAD KERANOVIC, an individual; and RAZIJA KERANOVIC, an individual.<br><br>          Defendants. | **Case No.: C 06-03904 JW (RS)**<br><br>**NOTICE OF MOTION AND EX PARTE MOTION TO ENLARGE TIME  FOR SERVICE TO KERANOVIC DEFENDANTS; MEMORANDUM OF POINTS AND AUTHORITIES OF SUPPORT THEREOF; ~~PROPOSED~~ ORDER** |

1
**Grande et al. v. Gera et al.**
**C06-3904 JW (RS)**
Ex Parte Motion to Enlarge Time for Service to Keranovic Defendants

## NOTICE OF MOTION

Pursuant to FRCP 6(b), L.R. 6-3 and L.R. 7-10, plaintiffs hereby apply to the Court *ex parte* for an Order enlarging time for service to defendants Zijad and Razija Keranovic. This Motion is supported by the Notice and Memorandum of Points and Authorities herein, the attached Declaration of Kim Pederson. Plaintiffs have not sought any previous extensions of time. Such an extension is timely and is necessary because, despite attempts to serve defendants Zijad and Razija Keranovic, plaintiffs have not been able to effect service upon them. In fact, Plaintiffs have reason to believe that defendants Zijad and Razija Keranovic have moved overseas. Plaintiffs' complaint was filed June 22, 2006. Accordingly, the last day to serve Defendants is August 20, 2006.

Because more investigation must be done as to their whereabouts, plaintiffs request an additional sixty (60) days to attempt to serve defendants Zijad and Razija Keranovic. With this extension, the last day to serve the summons and complaint on defendants Zijad and Razija Keranovic will be December 19, 2006.

## MEMORANDUM OF POINTS AND AUTHORITIES

Under Federal Rule of Civil Procedure 6(b), a party may request an Order enlarging time for any act which is required to be done at or within a specific time. The Court may grant this request at any time in its discretion. FRCP 6(b)(1) provides that, if the request is made before the expiration of the period originally prescribed for the act, the request may be made *ex parte*.

FRCP 4(m) states that a defendant must be served with the summons and complaint within 120 days of the filing of the complaint. Plaintiffs' complaint in this matter was filed on June 22, 2006. Declaration of Kim Pederson at ¶3. Accordingly, all defendants must be served on or before August 20, 2006. Defendants Nicholas and Klara Gera were served with the summons and complaint through their attorney on August 25, 2006. Pederson Dec. at ¶4. However, defendants Zijad and Razija Keranovic have not yet been served. Pederson Dec. at ¶5. In fact, plaintiffs have good cause to believe that defendants Zijad and Razija Keranovic have moved to Croatia. Id. Therefore, plaintiffs require additional time to attempt service upon them.

2
**Grande et al. v. Gera et al.**
**C06-3904 JW (RS)**
Ex Parte Motion to Enlarge Time for Service to Keranovic Defendants

Plaintiffs' request to enlarge time is proper because plaintiffs have made good faith, but unsuccessful, attempts to serve defendants Zijad and Razija Keranovic within the 120 days set forth in FRCP 4(m). An additional sixty (60) days for service will allow plaintiffs to make continued attempts to serve the summons and complaint upon defendants Zijad and Razija Keranovic.

DATED: October 13, 2006 **FAIR HOUSING LAW PROJECT**

/s/     Kim Pederson
_____
KIM PEDERSON
Attorney for Plaintiffs

3
**Grande et al. v. Gera et al.**
**C06-3904 JW (RS)**
Ex Parte Motion to Enlarge Time for Service to Keranovic Defendants

### [~~PROPOSED~~] <u>ORDER</u>

Having considered plaintiffs' ex parte application for an extension of time to serve defendants Zijad and Razija Keranovic with the summons and complaint in this matter, and finding good cause therefore,

IT IS HEREBY ORDERED that Plaintiffs have up to and including December 19, 2006 to serve defendants Zijad and Razija Keranovic with the summons and complaint in this matter.

DATED: 10/13/06                                    _____

**United States District Judge James Ware**

4
**<u>Grande et al. v. Gera et al.</u>**
**C06-3904 JW (RS)**
Ex Parte Motion to Enlarge Time for Service to Keranovic Defendants