Kim Pederson (State Bar # 234785)
*kimp@lawfoundation.org*
Stephanie Stevens (State Bar # 236034)
*stephanies@lawfoundation.org*
**FAIR HOUSING LAW PROJECT**
111 West Saint John Street, Suite 315
San Jose, California 95113
Telephone: (408) 280-2467
Facsimile: (408) 293-0106

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### (San Jose Division)

| | |
|---|---|
| ROXANA GRANDE et al., | **Case No.: C 06-03904 JW (RS)** |
| Plaintiffs | |
| v. | **STIPULATION TO MEDIATION;** |
| KLARA GERA et al., | **[PROPOSED] ORDER** |
| Defendants. | |

After participating in an ADR teleconference with court staff on October 25, 2006, the parties hereby stipulate to attend mediation within 90 days of the Judge's order.

SO STIPULATED.

DATED: December 8, 2006                FAIR HOUSING LAW PROJECT


                                       _____/s/ Kim Pederson_____
                                       Kim Pederson
                                       Attorney for Plaintiffs

DATED:  December 8, 2006

                                       _____/s/ Gary Sullivan_____
                                       Gary W. Sullivan
                                       Attorney for Defendants Nicholas and Klara Gera

1

1
2
3
4
5
6
7
8
9
...
28

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, the parties to this case are hereby ordered to attend mediation within 90 days of this order.

IT IS SO ORDERED.

DATED: 12/11/2006

_____
Hon. James Ware
United States District Court

Grande et al. v. Gera et al., C-06-03904 JW (RS)
STIPULATION TO MEDIATION