1
DIEMER, WHITMAN & CARDOSI, LLP
JOHN P. CARDOSI, #111381
2
75 East Santa Clara Street, Suite 290
San Jose, California   95113
3
Telephone:  (408) 971-6270
Facsimile: (408) 971-6271
4
ATTORNEYS FOR DEFENDANTS
5
NICHOLAS GERA AND KLARA GERA
6
7

**GRANTED**
*James Ware*
Judge James Ware

on 2/6/2007

8
UNITED STATES DISTRICT COURT
9
NORTHERN  DISTRICT OF CALIFORNIA
10
11
ROXANA GRANDE, ET AL.,                    )   Case No. C06-03904 JW
                                          )
12
             Plaintiffs,                  )   STIPULATION FOR SUBSTITUTION
                                          )   OF ATTORNEY
13
vs.                                       )
                                          )
14
KLARA GERA, ET AL.,                       )
                                          )
15                                        )
                                          )
16
             Defendants.                  )
                                          )
17

18
It is hereby stipulated and consented that DIEMER, WHITMAN & CARDOSI, LLP, Attorneys
19
at Law, of 75 East Santa Clara Street, Suite 290, San Jose, California 95113, be and hereby are
20
substituted in place and instead of Gary Sullivan, Attorney at Law, of 1565 The Alameda, San Jose,
21
CA 95126, as attorneys for the defendants NICHOLAS GERA AND KLARA GERA in this action
22
and that this substitution be entered into effect without further notice.
23
24
Dated: February 2, 2007                         DIEMER, WHITMAN & CARDOSI, LLP
25
26
By: _____/s/_____
27
    John C. Cardosi
    Attorneys for NICHOLAS GERA AND
    KLARA GERA
28

STIPULATION FOR
SUBSTITUTION OF ATTORNEY                                          C06-03904 JW

1

2

3

4   Dated: February 2, 2007                              /s/
                                                   NICHOLAS GERA

5

6

7   Dated: February 2, 2007                              /s/
                                                   KLARA GERA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR
SUBSTITUTION OF ATTORNEY                    2                    C06-03904 JW