1  Kim Pederson (SBN 234785)
   kimp@lawfoundation.org
2  **FAIR HOUSING LAW PROJECT**
   111 West St. John Street, Suite 315
3  San Jose, CA  95113
   Tel:   (408) 280-2427
4  Fax:   (408) 293-0106

5  Attorneys for All Plaintiffs

6  John P. Cardosi (SBN 111381)
   jcardosi@diemerwhitman.com
7  **DIEMER, WHITMAN AND CARDOSI, LLP**
   75 E. Santa Clara Street, Suite 290
8  San Jose, CA 95113
   Tel:   (408) 971-6270
9  Fax:   (408) 971-6271

10 Attorney for Defendants Nick and Klara Gera

11

12               UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14                         (San Jose)

15

16 ROXANA GRANDE, et al.              ) Case No. C06-3904 JW
                                      )
17     Plaintiffs,                    ) STIPULATION TO EXTEND TIME
                                      ) FOR DISCOVERY; [PROPOSED]
18     v.                             ) ORDER
                                      )
19 NICK GERA, et al,                  )
                                      )
20     Defendants.                    )
                                      )
21 _____

22     Subject to the approval of this Court, the parties, by and through their attorneys, hereby
23 stipulate to the following:
24     1.  A mediation was held in this case on March 12, 2007;
25     2.  Though the case did not settle as a result of the March 12, 2007 mediation, the
26 parties are continuing to have productive settlement discussions;
27     3.  The factual discovery cut-off in this matter is May 31, 2007;
28

Grande et al. v. Gera et al., No. C06-3904 JW
STIPULTION TO EXTEND TIME FOR DISCOVERY; [PROPOSED] ORDER                    1

4.   The parties agree to extend the deadline for all discovery to July 31, 2007 so that they can continue to make good faith efforts to settle this case before additional time and resources are spent on the discovery process.

SO STIPULATED.

DATED: 5/28/07                              FAIR HOUSING LAW PROJECT

                                                                    /s/ Kim Pederson
Kim Pederson
Attorney for Plaintiffs

DATED: 5/28/07                              DIEMER, WHITMAN AND CARDOSI

                                                                    /s/ John Cardosi
John Cardosi
Attorney for Defendants Gera

I, Kim Pederson, am the ECF user under whose ID and password are being used to file this Stipulation to Extend Time for Discovery.  I hereby attest that Diemer, Whitman and Cardosi, on behalf of defendants Gera, has concurred in this filing.

Dated: 5/28/07

                                                                    /s/ Kim Pederson

1
2
3
4
5
6 **[~~PROPOSED~~] ORDER**
7
   Upon review of the parties' submitted Stipulation to Extend Time for Discovery and good
8 cause appearing,
9    IT IS ORDERED that all discovery in this matter shall be completed by July 31, 2007.
10
11 DATED:   May 31 2007
12
13                                             _____
14                                             Hon. James Ware
                                              United States District Court Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Grande et al. v. Gera et al., No. C06-3904 JW
STIPULTION TO EXTEND TIME FOR DISCOVERY; [PROPOSED] ORDER                          3