1 | Kim Pederson (SBN 234785)
kimp@lawfoundation.org
2 | **FAIR HOUSING LAW PROJECT**
111 West St. John Street, Suite 315
3 | San Jose, CA 95113
Tel:  (408) 280-2467
4 | Fax:  (408) 293-0106

5 | Attorneys for All Plaintiffs

6 | John P. Cardosi (SBN 111381)
jcardosi@diemerwhitman.com
7 | **DIEMER, WHITMAN AND CARDOSI, LLP**
75 E. Santa Clara Street, Suite 290
8 | San Jose, CA 95113
Tel:  (408) 971-6270
9 | Fax:  (408) 971-6271

10 | Attorney for Defendants Nick and Klara Gera

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

(San Jose)

| ROXANA GRANDE, et al. | ) Case No. C06-3904 JW |
|---|---|
| Plaintiffs, | ) STIPULATION TO AMEND |
| v. | ) SCHEDULING ORDER; [PROPOSED] ORDER |
| NICK GERA, et al, | ) |
| Defendants. | ) |

Subject to the approval of this Court, the parties, by and through their attorneys, hereby stipulate to the following:

1. On October 25, 2006, the Court issued a scheduling order in this case;

2. On May 31, 2007, the Court granted the parties' request to extend time for discovery to be completed by July 31, 2007;

3. Settlement negotiations are ongoing and discovery will not be completed by July 31, 2007;

Grande et al. v. Gera et al., No. C06-3904 JW
STIPULTION TO AMEND SCHEDULING ORDER; [PROPOSED] ORDER                                                           1

4. Subject to the approval of the Court, the parties have agreed to the following amendment to the scheduling order originally issued on October 25, 2006:

    a. Close of Discovery:  September 31, 2007

    b. Last Date for Hearing Dispositive Motions:  November 26, 2007

    c. Preliminary Pre-Trial Conference Statements Due:  January 18, 2008

    d. Preliminary Pre-Trial Conference and Trial Setting Conference:  January 28, 2008.

5. If the Court is unavailable to hear Dispositive Motions or conduct a Pre-Trial Conference and Trial Setting Conference on the dates set forth above, the parties agree that the Court may set these events to take place on the nearest available dates that are convenient for the Court and that the rest of the schedule can be adjusted accordingly.

SO STIPULATED.

DATED: 6/15/07                                   FAIR HOUSING LAW PROJECT

                                                               /s/ Kim Pederson
                                                               Kim Pederson
                                                               Attorney for Plaintiffs

DATED: 6/15/07                                   DIEMER, WHITMAN AND CARDOSI

                                                               /s/ John Cardosi
                                                               John Cardosi
                                                               Attorney for Defendants Gera

//

//

1  I, Kim Pederson, am the ECF user under whose ID and password are being used to file
2  this Stipulation to Extend Time for Discovery. I hereby attest that Diemer, Whitman and
3  Cardosi, on behalf of defendants Gera, has concurred in this filing.

Dated: 6/15/07

/s/ Kim Pederson

Grande et al. v. Gera et al., No. C06-3904 JW
STIPULTION TO AMEND SCHEDULING ORDER; [PROPOSED] ORDER            3

# [~~PROPOSED~~] ORDER

Upon review of the parties' submitted Stipulation to Amend Scheduling Order and good cause appearing,

IT IS ORDERED that the Scheduling Order for this case shall be amended to state:

    a. Close of Discovery: __10/1/2007__

    b. Last Date for Hearing Dispositive Motions: __11/26/2007__

    c. Preliminary Pre-Trial Conference Statements Due: __1/18/2008__

    d. Preliminary Pre-Trial Conference and Trial Setting Conference: __1/28/2008 @ 11:00 AM__

DATED: June 21 2007

_____
Hon. James Ware
United States District Court Judge

Grande et al. v. Gera et al., No. C06-3904 JW
STIPULTION TO AMEND SCHEDULING ORDER; [PROPOSED] ORDER     4